JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Carrillo, <br><br> Plaintiff, <br><br> v. <br><br> Saia Motor Freight Line, et al. <br><br> Defendants. | Case No. 2:19-cv-05835-AB-SKx <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 20, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.